| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Chan, Ashely M. | 2. Court or Organization<br><br>Eastern District of Pennsylvania | 3. Date of Report<br><br>09/27/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>Robert N.C. Nix Sr. Federal Courthouse<br>900 Market Street SUite 214<br>Philadelphia, PA 19107 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 10/22/2012 | Hangley Aronchick Segal Pudlin & Schiller 401k Plan - with former law firm, no control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Airlines AAdvantage | credit card | K |
| 2. | Bank of America | credit card | J |
| 3. | US Airways Mastercard | credit card | J |
| 4. | Discover | credit card | J |
| 5. | Target | credit card | J |
| 6. | USAA Mastercard | credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PNC Bank | | None | J | T | | | | | |
| 2.  TD Bank | | None | J | T | | | | | |
| 3.  Fidelity 401k (H) | | | | | | | | | |
| 4.  -Spartan US Bond Index | A | Dividend | K | T | | | | | |
| 5.  -Spartan 500 Index | B | Dividend | L | T | | | | | |
| 6.  -Fidelity Freedom 2035 Fund | C | Dividend | L | T | | | | | |
| 7.  -Harbor International | B | Dividend | K | T | | | | | |
| 8.  Northwestern IRA (H) | | | | | | | | | |
| 9.  -American Century Real Estate Fund | A | Dividend | J | T | | | | | |
| 10.  -American Century Small Cap Growth (X) | | None | J | T | | | | | |
| 11.  -Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 12.  -Fidelity Advisor Diversified International | A | Dividend | J | T | | | | | |
| 13.  -Fidelity Advior New Insights Fund | A | Dividend | J | T | | | | | |
| 14.  -Fidelity Advisor Strategic Fund | A | Dividend | J | T | | | | | |
| 15.  -Growth Fund of America. | A | Dividend | J | T | | | | | |
| 16.  -IShares Trust Russell 2000 Value Index | A | Dividend | J | T | | | | | |
| 17.  -New World Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PIMCO Commodity Real Return Strategy | A | Dividend | J | T | | | | | |
| 19. -SPDR S&P 500 ETF Tr | A | Dividend | J | T | | | | | |
| 20. -Vanguard GNMA Fund | A | Dividend | J | T | | | | | |
| 21. -Vanguard Mid-Cap ETF | A | Dividend | J | T | | | | | |
| 22. -Vanguard Primecap Fund | A | Dividend | J | T | | | | | |
| 23. Northwestern Roth IRA (H) | | | | | | | | | |
| 24. -American Century Diversified Bond | A | Dividend | J | T | | | | | |
| 25. -American Century Heritage Fund | B | Dividend | J | T | | | | | |
| 26. -American Heritage Strategic Allocation Moderate Fund | A | Dividend | J | T | | | | | |
| 27. -Fidelity Advisor New Insights Fund | A | Dividend | J | T | | | | | |
| 28. Morgan Stanley IRA (H) | | | | | | | | | |
| 29. -Bank of America 5.625% 7/1/2020 | B | Interest | K | T | | | | | |
| 30. -Cisco Systems | A | Dividend | K | T | | | | | |
| 31. -Conagra Foods | A | Dividend | J | T | Sold (part) | 03/31/15 | J | B | |
| 32. -Covanta Holding Corp | A | Dividend | K | T | | | | | |
| 33. -CSX Transportation 9.75% 6/15/2020 | B | Interest | K | T | | | | | |
| 34. -CVS Health Corp | | None | K | T | Buy | 11/04/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Deere & Co | A | Dividend | K | T | | | | | |
| 36. -Digital Realty Trust | A | Dividend | K | T | Sold (part) | 01/14/15 | K | D | |
| 37. -Exxon Mobil | A | Dividend | K | T | | | | | |
| 38. Franklin Rising Dividends | A | Dividend | | | Sold | 05/11/15 | K | D | |
| 39. -Goldman Sachs 2.00% 5/21/2019 | A | Interest | K | T | | | | | |
| 40. -Harley Davidson | A | Dividend | K | T | Buy | 05/28/15 | K | | |
| 41. -HCP Inc 6.70% 1/30/2018 | B | Interest | K | T | | | | | |
| 42. -Hewlitt Packard 4.30% 6/1/2021 | B | Interest | K | T | | | | | |
| 43. -International Paper | A | Dividend | K | T | | | | | |
| 44. -IShares Intl Select Div ETF | B | Dividend | K | T | | | | | |
| 45. -IShares JP Morgan EM Bond Fund | B | Dividend | K | T | | | | | |
| 46. -Jonesboro AK 3.00% 2/1/2022 | | None | K | T | Buy (add'l) | 03/30/15 | K | | |
| 47. -JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 48. -Kinder Morgan Inc | B | Dividend | J | T | | | | | |
| 49. -Liberty Property 4.75% 10/1/2020 | B | Interest | K | T | | | | | |
| 50. -Merrill Lynch 5.70% 5/2/2017 | B | Interest | K | T | | | | | |
| 51. -Morgan Stanley 5.50% 7/24/2020 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 53. -Norfolk Southern 9.75% 6/15/2020 | B | Interest | K | T | | | | | |
| 54. Oaktree Capital GP LLC UT | A | Dividend | J | T | Buy | 05/07/15 | K | | |
| 55. -Pentair PLC | A | Dividend | J | T | | | | | |
| 56. -Pitney Bowes 5.75% 9/15/2017 | B | Interest | K | T | | | | | |
| 57. -Potash CP of Saskatchewan Inc | A | Dividend | J | T | | | | | |
| 58. Primerica Inc 4.75% 7/15/2022 | A | Interest | K | T | Buy | 05/14/15 | K | | |
| 59. -Quest Diagnostics 4.75% 1/30/2020 | B | Interest | K | T | | | | | |
| 60. -Rayonier Advanced Materials | A | Dividend | | | Sold | 05/11/15 | J | C | |
| 61. -Rayonier Inc | A | Dividend | J | T | | | | | |
| 62. -Royce Total Return Fund | A | Dividend | | | Sold | 05/11/15 | K | B | |
| 63. -Sallie Mae Bank CD 2.15% 10/30/2018 | A | Interest | K | T | | | | | |
| 64. -Simon Property Group | B | Dividend | K | T | | | | | |
| 65. -Vanguard FTSE Developed Markets E | A | Dividend | K | T | | | | | |
| 66. -Veritiv Corp | | None | J | T | | | | | |
| 67. Virtus Multi Select Short Term Bond T | A | Dividend | J | T | | | | | |
| 68. -Western Asset Short Term Bond C1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Western Union Co 3.65% 8/22/2018 | A | Interest | K | T | | | | | |
| 70. -WP Glimcher | A | Dividend | J | T | | | | | |
| 71. Morgan Stanley xxx612 (H) | | | | | | | | | |
| 72. -Hasbro Inc | A | Dividend | J | T | Sold (part) | 05/19/15 | J | D | |
| 73. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 74. -Pfizer Inc | A | Dividend | K | T | | | | | |
| 75. -Utah County UT 5.125% 12/1/2017 | B | Interest | K | T | | | | | |
| 76. -Verizon | A | Dividend | J | T | | | | | |
| 77. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 78. Morgan Stanley xxx450 (H) | | | | | | | | | |
| 79. -Alliance Holdings GP LP | B | Distribution | J | T | | | | | |
| 80. -Apple Inc | A | Dividend | K | T | | | | | |
| 81. -Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 82. -Cardinal Health Inc | A | Dividend | K | T | | | | | |
| 83. -Chemours Co | A | Dividend | J | T | Spinoff (from line 84) | 07/01/15 | J | | |
| 84. -DuPont El DeMours & Co | A | Dividend | J | T | | | | | |
| 85. -Energy Transfer Partners LP | B | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Equity Residential | A | Dividend | K | T | | | | | |
| 87. -General Electric | A | Dividend | K | T | | | | | |
| 88. -Goldman Sachs 5.95% 1/18/2018 | B | Dividend | K | T | | | | | |
| 89. -H&R Block Inc | A | Dividend | K | T | | | | | |
| 90. -Habersham County GA 4.00% 4/1/2019 | A | Interest | K | T | | | | | |
| 91. -HCP Incorporated | A | Dividend | K | T | | | | | |
| 92. -Intel Corp | A | Dividend | K | T | | | | | |
| 93. -KKK & Co LLP | A | Distribution | J | T | | | | | |
| 94. -Macquarie Infrastructure Co | B | Dividend | K | T | | | | | |
| 95. -McDonalds | A | Dividend | K | T | | | | | |
| 96. -Metlife Inc | A | Dividend | K | T | | | | | |
| 97. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 98. Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 99. -Morgan Stanley 5.50% 7/24/2020 | B | Interest | K | T | | | | | |
| 100. -Morgan Stanley 5.75% 1/25/2021 | B | Interest | K | T | | | | | |
| 101. -New York Community Bancorp | | None | | | Sold | 01/08/15 | J | B | |
| 102. -New York State Thruway Auth 5.00% 3/15/2025 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -NuStar Energy LP | B | Distribution | K | T | | | | | |
| 104. -Pennsylvania State Genl Oblig 5.00% 1/15/2022 | B | Interest | K | T | | | | | |
| 105. -Pfizer Inc | A | Dividend | K | T | | | | | |
| 106. -PIMCO Real Return Bond C | A | Dividend | | | Sold | 05/11/15 | K | A | |
| 107. -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 108. -Sarasota County FL Sch Brd 5.00% 7/1/2021 | B | Interest | K | T | | | | | |
| 109. -Teco Energy | A | Dividend | J | T | | | | | |
| 110. -Tri-County Metro Trans Dist of Oregon 3.00% 11/1/2019 | A | Interest | K | T | | | | | |
| 111. -University of Cincinnati Gen Rcpts 4.00% 6/1/2025 | A | Interest | K | T | | | | | |
| 112. -Wal Mart Stores Inc | A | Dividend | K | T | | | | | |
| 113. -Walgreens Boots Alliance Inc | A | Dividend | K | T | | | | | |
| 114. -Washington State Genl Oblig 5.00% 7/1/2020 | B | Interest | K | T | | | | | |
| 115. -Washoe County NV Genl Oblig 3.00% 3/1/2023 | A | Interest | K | T | | | | | |
| 116. -Washoe County NV Genl Oblig 3/1/2024 | A | Interest | K | T | | | | | |
| 117. -Wellpoint Inc 3.30% 1/15/2023 | A | Interest | K | T | | | | | |
| 118. Morgan Stanley xxx082 (H) | | | | | | | | | |
| 119. -Amex Centurion 2.10% 9/26/2018 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Apple Inc | A | Dividend | K | T | | | | | |
| 121.  -AT&T Inc | B | Dividend | K | T | | | | | |
| 122.  -Buckeye Partners | B | Distribution | K | T | | | | | |
| 123.  -CA Inc 5.375% 12/1/2019 | B | Interest | K | T | Buy | 05/06/15 | K | | |
| 124.  Chemours Co | A | Dividend | J | T | Spinoff (from line 129) | 06/30/15 | J | | |
| 125.  -Clark County NV Sch Dist 3.50% 6/15/2024 | A | Interest | K | T | Buy | 03/05/15 | K | | |
| 126.  -Digital Realty Trust LP 5.25% 3/15/2021 | B | Interest | K | T | | | | | |
| 127.  Discover Financial Services | A | Dividend | K | T | Buy | 10/16/15 | K | | |
| 128.  Dow Chemical Co | A | Dividend | K | T | | | | | |
| 129.  -DuPont El DeMours & Co | A | Dividend | | | Sold | 11/11/15 | K | D | |
| 130.  -General Electric Cap Corp 5.30% 2/11/2021 | B | Interest | K | T | | | | | |
| 131.  -Intercontinental Exchange Group | | None | | | Sold | 02/26/15 | K | D | |
| 132.  -IPS Multi Sch Bldg Corp 4.50% 7/15/2024 | B | Interest | K | T | | | | | |
| 133.  -IShares JP Morgan Em Bond FUnd | A | Dividend | K | T | | | | | |
| 134.  -Kansas State Dev Fin Auth 5.00% 12/1/2019 | B | Interest | K | T | | | | | |
| 135.  -McDonalds Corp | A | Dividend | K | T | | | | | |
| 136.  -Metlife Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Microsoft Corp | A | Dividend | K | T | | | | | |
| 138. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 139. -New York State Mtg Agy Homeowner 3.619% 4/1/2023 | A | Interest | K | T | | | | | |
| 140. -Oaktee Capital GP LLC | A | Dividend | J | T | Buy | 03/12/15 | K | | |
| 141. Pentair PLC | | None | K | T | Buy | 10/30/15 | K | | |
| 142. -Royce Pennsylvania Consult | | None | | | Sold | 10/30/15 | K | D | |
| 143. -San Antonio TX Pub Facs 3.00% 9/15/2027 | A | Interest | K | T | | | | | |
| 144. -Tanger Factory Outlet Centers | A | Dividend | K | T | Buy | 05/01/15 | K | | |
| 145. -Teva Pharmaceuticals ADR | A | Dividend | | | Sold | 04/21/15 | K | D | |
| 146. -Thomson Reuters Corp | A | Dividend | K | T | | | | | |
| 147. -Truckee Meadows NV Wtr Auth 4.25% 7/1/2022 | B | Interest | K | T | | | | | |
| 148. -United Technologies Corp | A | Dividend | K | T | | | | | |
| 149. Welltower Inc | | None | K | T | Buy | 11/27/15 | K | | |
| 150. -Western Asset Int Term Muni C | A | Dividend | | | Sold | 10/30/15 | J | A | |
| 151. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 09/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ashely M. Chan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544